IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 8:25-cr-00335-DLB |
| | * | |
| MARQUIS COPEZ, | * | (Influencing, Impeding, or Retaliating Against a United States Judge by Threatening, 18 U.S.C. § 115(a)(1)(B); Mailing Threatening Communications, 18 U.S.C. § 876(c)) |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about November 28, 2023, in the District of Maryland and elsewhere, the defendant,

**MARQUIS COPEZ,**

did threaten to murder United States District Court Judge Ellen L. Hollander, with intent to impede, intimidate, and interfere with United States District Court Judge Ellen L. Hollander while she was engaged in the performance of her official duties or in retaliation against United States District Court Judge Ellen L. Hollander for the performance of her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about January 25, 2024, in the District of Maryland and elsewhere, the defendant,

### MARQUIS COPEZ,

did threaten to assault United States District Court Judge Ellen L. Hollander, with intent to impede, intimidate, and interfere with United States District Court Judge Ellen L. Hollander while she was engaged in the performance of her official duties or in retaliation United States District Court Judge Ellen L. Hollander for the performance of her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about November 28, 2023, in the District of Maryland and elsewhere, the defendant,

### MARQUIS COPEZ,

knowingly deposited in an authorized depository for mail matter to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication addressed to a person and containing a threat to injure the person; to wit, the defendant mailed a letter to United States District Court Judge Ellen L. Hollander, containing a threat to injure her.

18 U.S.C. § 876(c)

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about January 25, 2024, in the District of Maryland and elsewhere, the defendant,

## MARQUIS COPEZ,

knowingly deposited in an authorized depository for mail matter to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication addressed to a person and containing a threat to injure the person; to wit, the defendant mailed a letter to United States District Court Judge Ellen L. Hollander, containing a threat to injure her.

18 U.S.C. § 876(c)

_____
Jessica Bove
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
PA Bar No. 328892
601 D Street NW
Washington, DC 20579
(202) 252-7566
Jessica.Bove@usdoj.gov

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: October 30, 2025

5